COMPANY: State Farm

CLAIM # 53-109S-143

INSURED: Reynaldo & Nora Cerda
ADDRESS: 5910 N. Schuerbach Rd.
Mission, Texas 78574

## AWARD

We, the undersigned, pursuant to the within appointment, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned determined and do hereby award as the Actual Cash Value and the Replacement Cost Value of said property damaged by __Wind / Hail__

| Item | Dwelling | $22,524.58 |
| Item | Other Structures | $600.99 |
| Item | | |
| Item | | |
| Item | | |

ACTUAL CASH VALUE    $21,798.27

TOTAL AMOUNT OF LOSS   $23,125.57

SPECIAL PROVISIONS:
1. Subject to policy provisions and deductible
2. Less any previous payments per this claim
3. Policy coverage to be addressed by others

Witness our hands this __21th__ day of __January__, __2016__.

Shannon Cook                                                           _____ APPRAISER

Darrell Edwards                       10/5/16  _[signature]_ _____ APPRAISER

Cecil Parker                                   _[signature]_ _____ UMPIRE